UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREEA LEONARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-01338 |
| | ) |
| BOARD OF TRUSTEES OF GOVERNOR | ) |
| STATE UNIVERSITY; and MICHAEL | ) |
| HORVATH, EDD BOCKMAN, In Their | ) |
| Individual and Official Capacities, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, ANDREEA LEONARD, states that she voluntarily dismisses this action without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*.

**DATED: November 1, 2022**


ANDREEA LEONARD, Plaintiff,

By: /s/ Nina R. Gougis
Attorney for Plaintiff

Law Office of Nina R. Gougis
524 Court Street
Pekin, Illinois 61554
Phone: (309) 282-6325
Fax: (309) 279-5214
Email: ninagougislaw@gmail.com